UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN SECTION
CIVIL ACTION
NO.: 04-30035-KPN

KEVIN BALENO and PATRICIA SCUTARI,
    Plaintiffs

v.

OFFICER CHARLES RICKO,
CHIEF EDWARD CHASE,
and the TOWN OF WENDELL,
    Defendants

**Affidavit of Caroline Carrithers**

I, *Caroline Carrithers*, do hereby swear and affirm that the following is true and correct:

1. I am counsel for the plaintiffs in the above encaptioned case.

2. I have recently been diagnosed with adult-onset diabetics.

3. My current symptoms severely restrict the number of hours that I am able to work on any given day. On some days I can only work for two or three hours in total.

4. I am scheduled for a series of medical tests which will, hopefully, reveal how to alleviate my current symptoms.

DATED: July 12, 2004    Signed under pain and penalty of perjury

_____
Caroline Carrithers
17 South Street
Ashfield, Massachusetts 01331
413 628-4058

**CERTIFICATE OF SERVICE**

      This will certify that this document was served upon counsel for defendants Jonathan R. Silverstein, Kopelman & Paige, PC, 31 St. James Avenue, 7th. Floor, Boston, Massachusetts 02116, by first class mail on July 12, 2004.

_____
Caroline Carrithers