UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN SECTION
CIVIL ACTION
NO.: 04-30035-KPN

|  |  |
|---|---|
| KEVIN BALENO and PATRICIA SCUTARI, <br>     Plaintiffs <br><br> v. <br><br> OFFICER CHARLES RICKO, CHIEF EDWARD CHASE, and the TOWN OF WENDELL, <br>     Defendants | ) ) ) ) ) ) ) ) ) ) ) ) |

**Affidavit of Caroline Carrithers**

I, *Caroline Carrithers*, do hereby swear and affirm that the following is true and correct:

1. I am counsel for the plaintiffs in the above encaptioned case.

2. I did not learn until May 2004 that the Town of Wendell was not accepting notice of service for defendant Rick because he was no longer employed there.

3. I was unable to affect service during May because I was preparing for a trial that began June 8, 2004, and ended June 14, 2004.

4. I have been diagnosed with adult-onset diabetics which severely restricts the number of hours that I am able to work on any given day.

DATED: July 13, 2004                Signed under pain and penalty of perjury

                                                                   _____
                                                                   Caroline Carrithers
                                                                   17 South Street
                                                                   Ashfield, Massachusetts 01331
                                                                   413 628-4058

**CERTIFICATE OF SERVICE**

      This will certify that this document was served upon counsel for defendants Jonathan R. Silverstein, Kopelman & Paige, PC, 31 St. James Avenue, 7th. Floor, Boston, Massachusetts 02116, by first class mail on July 13, 2004.

                                                               _____
                                                               Caroline Carrithers