LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN
ANNE-MARIE HYLAND

EDWARD M. REILLY
DIRECTOR WESTERN OFFICE

WILLIAM HEWIG III
JEANNE S. McKNIGHT
KATHLEEN M. O'DONNELL

KOPELMAN AND PAIGE, P. C.

ATTORNEYS AT LAW

31 ST. JAMES AVENUE

BOSTON, MASSACHUSETTS 02116-4102

(617) 556-0007
FAX (617) 654-1735

PITTSFIELD OFFICE
(413) 443-6100

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

PATRICIA A. CANTOR
THOMAS P. LANE, JR
MARY L. GIORGIO
THOMAS W. McENANEY
KATHARINE GOREE DOYLE
GEORGE X. PUCCI
LAUREN F. GOLDBERG
JASON R. TALERMAN
JEFFREY A. HONIG
MICHELE E. RANDAZZO
GREGG J. CORBO
RICHARD T. HOLLAND
LISA C. ADAMS
ELIZABETH R. CORBO
MARCELINO LA BELLA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
BRIAN E. GLENNON, II
JONATHAN D. EICHMAN
JOSEPH S. FAIR
LAURA H. PAWLE
JACKIE COWIN
SARAH N. TURNER
JEFFREY T. BLAKE
CAROLYN M. MURRAY
R. ERIC SLAGLE

July 19, 2004

<u>BY FACSIMILE – (413) 628-4004</u>
<u>AND BY FIRST CLASS MAIL</u>

Caroline Carrithers, Esq.
17 South Street
Ashfield, MA 01330

Re:  Kevin Baleno, et al. v. Town of Wendell, et al.
     <u>United States District Court (Western Section), C.A. No. 04-30035KPN</u>

Dear Ms. Carrithers:

Per my voice mail message to you this afternoon, please be advised that this office waives service of summons on behalf of defendant Charles Ricko in the above-captioned matter. Therefore there is no need to re-serve your Notice of Lawsuit and Complaint upon Mr. Ricko personally.

Thank you for your attention to this matter.

Very truly yours,

Jackie Cowin

JC/cmt
cc:  Ms. Lois Hewson (GFMS 182633)
226481/METG/0553