UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN SECTION
CIVIL ACTION
NO.: 04-30035-KPN

|  |  |
|---|---|
| KEVIN BALENO and PATRICIA SCUTARI,<br>　　　　Plaintiffs<br><br>v.<br><br>OFFICER CHARLES RICKO,<br>CHIEF EDWARD CHASE,<br>and the TOWN OF WENDELL,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S L.R. 16.1 (D) (3) CERTIFICATE

I, Patricia Scutari, hereby certify that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of this litigation. In addition, I have conferred regarding resolution of this case through alternative dispute resolution.

DATED: September15, 2004　　　　　　　　　　_/s/ Patricia Scutari  (CC)_____
　　　　　　　　　　　　　　　　　　　　　　　　　Patricia Scutari


I, Caroline Carrithers, hereby certify that I have complied with the requirements of L.R. 16.1 (D) (3).

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Caroline Carrithers_____
　　　　　　　　　　　　　　　　　　　　　　　　Caroline Carrithers
　　　　　　　　　　　　　　　　　　　　　　　　BBO# 643247
　　　　　　　　　　　　　　　　　　　　　　　　17 South Street
　　　　　　　　　　　　　　　　　　　　　　　　Ashfield, Massachusetts 10330
　　　　　　　　　　　　　　　　　　　　　　　　413 628-4058