UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN SECTION
CIVIL ACTION
NO.: 04-30035-KPN

| | |
|---|---|
| KEVIN BALENO and PATRICIA SCUTARI, <br>       Plaintiffs <br><br> v. <br><br> OFFICER CHARLES RICKO, CHIEF EDWARD CHASE, and the TOWN OF WENDELL, <br>       Defendants | ) ) ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFF'S L.R. 16.1 (D) (3) CERTIFICATE

I, Kevin Baleno, hereby certify that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of this litigation. In addition, I have conferred regarding resolution of this case through alternative dispute resolution.

DATED: September15, 2004            _/s/ Kevin Baleno (CC)_____
                                                      Kevin Baleno

I, Caroline Carrithers, hereby certify that I have complied with the requirements of L.R. 16.1 (D) (3).

                                                       _/s/ Caroline Carrithers_____
                                                       Caroline Carrithers
                                                       BBO# 643247
                                                       17 South Street
                                                       Ashfield, Massachusetts 10330
                                                       413 628-4058