UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN SECTION
C.A. NO. 04-30035KPN

KEVIN BALENO and PATRICIA SCUTARI,

   Plaintiffs

v.

CHARLES RICKO, EDWARD CHASE and
TOWN OF WENDELL,

   Defendant

DEFENDANT CHARLES RICKO'S
CERTIFICATION PURSUANT TO
LOCAL RULE 16.1(D)(3)

We, the undersigned party and counsel, hereby certify that we have conferred:

   (a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — for the litigation; and

   (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

COUNSEL TO DEFENDANT
CHARLES RICKO

_____
Charles Ricko

_____
Jackie Cowin (BBO#655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

223610/60700/0553

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 7/15/04.
jms

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN SECTION
C.A. NO. 04-30035KPN

KEVIN BALENO and PATRICIA SCUTARI,

Plaintiffs

v.

CHARLES RICKO, EDWARD CHASE and
TOWN OF WENDELL,

Defendant

DEFENDANT TOWN OF WENDELL'S
CERTIFICATION PURSUANT TO LOCAL
RULE 16.1(D)(3)

We, the undersigned party and counsel, hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

COUNSEL TO DEFENDANT
TOWN OF WENDELL

_____
Town of Wendell
By its Selectman Chairman
Theodore Lewis

_____
Jackie Cowin (BBO#655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

225610/60700/0553

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 7/15/04
     JMS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN SECTION
C.A. NO. 04-30035KPN

| | |
|---|---|
| KEVIN BALENO and PATRICIA SCUTARI,<br><br>Plaintiffs<br><br>v.<br><br>CHARLES RICKO, EDWARD CHASE and TOWN OF WENDELL,<br><br>Defendant | DEFENDANT EDWARD CHASE'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3) |

We, the undersigned party and counsel, hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

COUNSEL TO DEFENDANT
EDWARD CHASE

_Edward A. Chase_
Edward Chase

_Jackie Cowin_
Jackie Cowin (BBO#655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

225610/60700/0553

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 7/15/04
    jms