UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN BALENO and PATRICIA )
SCUTARI, )
        Plaintiffs )
         )
      v. )   Civil Action No. 04-30035-KPN
         )
         )
OFFICER CHARLES RICKO, CHIEF )
EDWARD CHASE and the TOWN OF )
WENDELL, )
        Defendants )

SCHEDULING ORDER
September 15, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosures by September 30, 2004.

2. All written discovery shall be completed by February 28, 2005.

3. Non-expert depositions shall be completed by April 30, 2005.

4. Counsel shall appear for a case management conference on May 2, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

          /s/ Kenneth P. Neiman
          KENNETH P. NEIMAN
          U.S. Magistrate Judge