UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN BALENO and PATRICIA        )
SCUTARI,                         )
          Plaintiffs       )
                                 )
    v.                           )    Civil Action No.  04-30035-KPN
                                 )
                                 )
OFFICER CHARLES RICKO, CHIEF     )
EDWARD CHASE and the TOWN OF     )
WENDELL,                         )
          Defendants      )


SCHEDULING ORDER
May 2, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. By May 10, 2005, Plaintiffs' counsel shall explain to the court in writing her absence from the conference this day.

2. By May 13, 2005, Plaintiffs shall provide Defendants with signed copies of answers to interrogatories directed to Plaintiff Patricia Scutari.

3. Defendants shall file their motion for summary judgment by July 22, 2005, or inform the court in writing by that date that no such motion will be filed.

4. Plaintiffs shall file their opposition to Defendants' motion, if any, by August 12, 2005.

IT IS SO ORDERED.

                                        /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge