UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN SECTION
CIVIL ACTION
NO.: 04-30035-KPN

KEVIN BALENO and PATRICIA )
SCUTARI, )
    Plaintiffs )
)
v. )
)
OFFICER CHARLES RICKO, )
CHIEF EDWARD CHASE, )
and the TOWN OF WENDELL, )
    Defendants )

NOTICE OF CHANGE OF ADDRESS

Counsel for the plaintiff, Caroline Carrithers, has changed her address to:

Attorney Caroline Carrithers
93 Intervale Road
P.O. Box 239
Orange, Massachusetts 01364

DATED: May 2, 2005

Respectfully submitted,
The Plaintiff
By her attorney

_____
Caroline Carrithers
93 Intervale Road
Orange, Massachusetts 01364
978 544-2574
BBO # 643247

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of taking Deposition was served upon counsel for defendants Jonathan R. Silverstein, Kopelman & Paige, PC, 31 St. James Avenue, 7th. Floor, Boston, Massachusetts 02116, by first class mail on May 3, 2005.