UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN BALENO, et al.,            )
         Plaintiffs    )
                       )
                       )
    v.                       )   Civil Action No. 04-30035-KPN
                       )
                       )
CHARLES RICKO, et al.,           )
         Defendants    )

## SETTLEMENT ORDER OF DISMISSAL
October 7, 2005

The court, having been advised on October 6, 2005, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                              By the Court,

                                              /s/ Bethaney A. Healy
                                              Bethaney A. Healy
                                              Deputy Clerk