UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN SECTION
C.A. NO. 04-30035KPN

KEVIN BALENO and PATRICIA SCUTARI,

Plaintiffs

v.

CHARLES RICKO, EDWARD CHASE and TOWN OF WENDELL,

Defendant

STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT CHARLES RICKO, PURSUANT TO F.R.C.P. 41(a)(ii)

Now come the parties to the above-captioned matter, Kevin Baleno and Patricia Scutari (Plaintiffs), and Charles Ricko, Edward Chase and Town of Wendell (Defendants), pursuant to F.R.C.P. 41(a)(ii), and hereby stipulate to dismissal of all claims against defendant Charles Ricko, with prejudice and without costs to any party.

DEFENDANTS,

By their attorneys,

_____
Jonathan M. Silverstein (BBO #630431)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

PLAINTIFFS,

By their attorney,

_____
Caroline Carrithers (BBO#643247)
93 Intervale Road
PO Box 239
Orange, MA 01364
(978) 544-2574

252064/METG/0553