UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN SECTION
C.A. NO. 04-30035KPN

KEVIN BALENO and PATRICIA SCUTARI,

Plaintiffs

v.

CHARLES RICKO, EDWARD CHASE and TOWN OF WENDELL,

Defendant

AGREEMENT FOR JUDGMENT FOR DEFENDANTS TOWN OF WENDELL AND EDWARD CHASE

Now come the parties to the above-captioned matter, Kevin Baleno and Patricia Scutari (Plaintiffs), and Charles Ricko, Edward Chase and Town of Wendell (Defendants), and hereby agree to entry of judgment in favor of defendants Town of Wendell and Edward Chase, in the form attached hereto.

WHEREFORE, the parties respectfully request that the Court endorse and enter the attached proposed Judgment.

DEFENDANTS,

By their attorneys,

Jonathan M. Silverstein (BBO #630431)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

PLAINTIFFS,

By their attorney,

Caroline Carrithers (BBO#643247)
93 Intervale Road
PO Box 239
Orange, MA 01364
(978) 544-2574

252064/METG/0553