UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WESTERN SECTION
C.A. NO. 04-30035KPN

KEVIN BALENO and PATRICIA SCUTARI,

Plaintiffs

v.

CHARLES RICKO, EDWARD CHASE and TOWN OF WENDELL,

Defendant

## JUDGMENT

By agreement of the parties, judgment shall hereby enter in favor of defendants Town of Wendell and Edward Chase, and all claims against said defendants shall be and hereby are dismissed.

BY THE COURT,

_____
Nieman, D.J.  KENNETH P. NEIMAN
MAGISTRATE JUDGE